Platiff
Gentle Thomas Jr

VS

Defendant
Hamilton County Jail

In the United States District
Court Southern Indiana Division

**FILED**

**06/18/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:21-cv-1840-TWP-DML

## Class Action Lawsuit

Now comes platiff, Gentle Thomas Jr. who files pro se. Class Action Lawsuit in the United States District court Southern Indiana Division located at 46 East Ohio Street Indianapolis, Indiana 46204 against defendant Hamilton County Jail located at 18102 Cumberland Rd. noblesville, Indiana 46060 on grounds of illegal/inhumane practices.

### Exhibit A

Platiff, Gentle Thomas Jr. was arrested by the Carmel Indiana Police Department on April 22, 2021 for a Class A misdemeanor Invasion of privacy. The same day the platiff was then booked into Hamilton County Jail, and was moved to an observation block due to the current pandemic. The act of illegal/inhumane practices come from is. Once inmate is moved to observation block inmates are required to share a room according to physician. due to current pandemic social distancing should be practiced. Social distancing should be at least six feet apart. In the observation block with two people sharing one cell social distancing is nearly impossible because cells are a confind area. Also every inmate is required to share phones, showers, tables Jail issues tablets and ect. None of the common areas that inmates share are properly cleaned or sanitized and with a constant flow or new inmates on a daily basis these factors make the risk of potential exposer to the virus greater since inmates are not required to wear protective facemask.

Page 1 of 2

On these grounds alone plantiff Gentle Thomas Jr ask that Class Action Lawsuit be considered and a court date be set to resolve said matter.

Sincerly Gentle Thomas Jr

Keith Thomas

Dated June 14, 2021

Page 2 of 2