UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENTLE THOMAS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-01840-TWP-DML |
| ) | |
| HAMILTON COUNTY JAIL, ) | |
| ) | |
| Defendant. ) | |

**ORDER DISMISSING ACTION
AND DIRECTING ENTRY OF FINAL JUDGMENT**

Plaintiff Gentle Thomas, Jr., filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 18, 2021 without resolving the filing fee. Dkt. 1. On July 9, 2021, the Court issued a Notice of Deficiency permitting Mr. Thomas through August 9, 2021, to pay the $402.00 filing fee or to demonstrate his financial inability to do so. Dkt. 5. After that deadline passed without any action by Mr. Thomas, the Court extended the timeframe for Mr. Thomas to resolve the filing fee or file a motion for leave to proceed *in forma pauperis*, by September 10, 2021. Dkt. 6. The Court warned Mr. Thomas that the failure to do so by this date would result in the dismissal of this action without further warning. *Id.*

On September 7, 2021, the Court received notice that its initial Notice of Deficiency at docket 5 that was sent to Mr. Thomas' address at the Hamilton County Jail, was returned as undeliverable and unable to forward.[1] Dkt. 7. As set forth in its Notice to Pro Se Litigants, the Court informed Mr. Thomas of his duty to "report any change of address within ten (10) days of any change while this action remains pending." Dkt. 3. In this notice, Mr. Thomas was warned that

---

[1] The docket does not reflect that the Court's subsequent Entry Regarding Filing Fee on August 12, 2021, at docket 6, giving Mr. Thomas additional time to resolve the filing fee, was returned as undeliverable.

if he failed to keep the Court informed of his current address, his action may be subject to dismissal. *Id.*

Mr. Thomas has failed to update his current address, has not resolved the filing fee, and has not otherwise responded to the Court since June 2021. Because it appears that Mr. Thomas has abandoned this action, it is **dismissed without prejudice for failure to prosecute**.

Final judgment in accordance with this Order shall now issue.

**IT IS SO ORDERED.**

Date:   10/13/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

GENTLE THOMAS, JR.
Hamilton County Jail
18102 Cumberland Road
Noblesville, IN 46060