UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GENTLE THOMAS, JR.,                     )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )     No. 1:21-cv-01840-TWP-DML
                                        )
HAMILTON COUNTY JAIL,                   )
                                        )
            Defendant.                  )

## FINAL JUDGMENT

The Court having this day made its Order directing the entry of final judgment, the Court

now enters FINAL JUDGMENT.

The action is **dismissed without prejudice.**

Date:  10/13/2021

Roger A.G. Sharpe, Clerk of Court

By: _____

      Deputy Clerk

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

GENTLE THOMAS, JR.
Hamilton County Jail
18102 Cumberland Road
Noblesville, IN 46060